# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CURT ACQUISITION HOLDINGS, INC. ,**

V.   **SUMMONS IN A CIVIL CASE**

**MARK A MONTEZ ,**

CASE NO:  **2:16–CV–01924–JAM–AC**

TO:  **Mark A Montez**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Andrew L Collier**
**Downey Brand LLP**
**621 Capitol Mall, 18th Fl**
**Sacramento, CA 95814**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARIANNE MATHERLY**
CLERK

/s/  A. Kastilahn

(By) DEPUTY CLERK



**ISSUED ON 2016–08–15 10:51:53.0**, Clerk
USDC EDCA

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____     _____
                          Date                                      *Signature of Server*

                                                    _____
                                                    *Address of Server*