DOWNEY BRAND LLP
ANDREW L. COLLIER (Bar No. 191137)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      916.444.1000
Facsimile:      916.444.2100
acollier@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff


WOODS, FULLER, SHULTZ & SMITH P.C.
TIM R. SHATTUCK  (SD Bar No. 1422)
SANDER J. MOREHEAD (SD Bar No. 3625)
*(Pro Hac Vice)*
300 South Phillips Avenue, Suite 300
Post Office Box 5027
Sioux Falls, SD 57117-5027
Telephone:      (605) 336-3890
Tim.Shattuck@woodsfuller.com
Sander.Morehead@woodsfuller.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT ACQUISITION HOLDINGS, INC., a Delaware Corporation, doing business as, Luverne Truck Equipment,<br><br>                Plaintiff,<br><br>vs.<br><br>MARK A. MONTEZ, an individual doing business as Diesel Pros Truck & Trailer Parts,<br><br>                Defendant. | Case No.  2:16-cv-01924-JAM-AC<br><br>**STIPULATION OF JUDGMENT AGAINST DEFENDANT; JUDGMENT** |

Plaintiff Curt Acquisition Holdings, Inc. doing business as Luverne Truck Equipment ("LTE") and defendant Mark A. Montez, an individual doing business as Diesel Pros Truck & Trailer Parts ("Diesel Pros") agree and stipulate to judgment as follows. LTE and Diesel Pros are referred to herein individually as a "Party" and collectively as the "Parties."

**RECITALS**

A.  LTE manufacturers, markets, and sells a universal fit guard assembly, known as the TUFF GUARD, to protect the front end of mid-size trucks and semi-tractors, and owns all rights, title, and interest in and to the trade dress of its TUFF GUARD product and the "TUFF GUARD" trademark;

B.  Diesel Pros has purchased, marketed, and sold a virtual copy of the TUFF GUARD (the "Accused Product") and has used photographs of the TUFF GUARD product in its advertisements;

C.  LTE has commenced litigation against Diesel Pros in the United States District Court, Eastern District of California, Case No. 2:16-cv-01924, Curt Acquisition Holdings. Inc., v. Mark A. Montez, alleging that Diesel Pros' marketing and selling the Accused Product infringes LTE's trade-dress rights under the Lanham Act and constitutes unfair competition under the Lanham Act and state law (the "Lawsuit");

D.  Diesel Pros has denied LTE's allegations and claims in the Lawsuit; and

E.  The Parties desire to resolve fully and finally all aspects of the Lawsuit without the time and expense of further legal action.

**TERMS OF STIPULATED JUDGMENT**

The Parties stipulate that judgment shall be entered in LTE's favor, and against Diesel Pros, in accordance with the terms of this Stipulated Judgment, as follows:

1.  For purposes of this Stipulated Judgment, "Diesel Pros" means and includes Mark A. Montez and any business or entity wholly or partially owned or controlled by Mark A. Montez or employing Mark A. Montez in any manner, including but not limited to Diesel Pros Truck & Trailer Parts.

2.  Judgment shall be in the form of a permanent injunction: (a) prohibiting Diesel

DOWNEY BRAND LLP

Pros from importing, offering for sale, selling, advertising, marketing, or distributing the Accused Product or any other grille guard that is substantially or confusingly similar in appearance to the TUFF GUARD product; (b) prohibiting Diesel Pros from using or otherwise exploiting LTE's "TUFF GUARD" trademark or any other mark that is confusingly similar to the "TUFF GUARD" mark; and (c) prohibiting Diesel Pros from using or exploiting any photographs or other depictions of the TUFF GUARD product or any photographs owned by LTE or appearing on LTE's web site.

3. The permanent injunction shall become effective on April 1, 2017.

4. The Parties agree to bear their own attorneys' fees and costs, except for any attorneys' fees and costs incurred in enforcing this Stipulated Judgment.

5. Diesel Pros expressly waives notice of and the right to challenge the entry of judgment against him based on this Stipulated Judgment.

6. The Parties further stipulate that the Court shall retain jurisdiction to settle any disputes resulting from this Stipulated Judgment. The Parties agree to the tolling of any statute, rule, or court order requiring timely prosecution of this action.

7. If any portion of this Stipulated Judgment shall be deemed invalid, then the remainder shall be construed as if the invalid portion of the Stipulated Judgment was not included in the Stipulated Judgment.

8. The Parties may execute this Stipulated Judgment in counterparts, which together shall constitute a complete document. An executed counterpart may be transmitted by facsimile or electronic mail.

**IT IS SO STIPULATED.**

February 27, 2017                              CURT ACQUISITION HOLDINGS, INC.

By: /s/_____

2

STIPULATION OF JUDGMENT AGAINST DEFENDANT; JUDGMENT

| | | |
|---|---|---|
| 1 | February 27, 2017 | DIESEL PROS TRUCK & TRAILER PARTS |
| 2 | | |
| 3 | | By:/s/_____<br>MARK A. MONTEZ |
| 4 | | |
| 5 | **APPROVED AS TO FORM AND CONTENT** | |
| 6 | DATED:  February 28, 2017 | WOODS, FULLER, SHULTZ & SMITH P.C. |
| 7 | | |
| 8 | | By:/s/_____<br>Tim R. Shattuck |
| 9 | | Attorneys for Plaintiff Curt Acquisition Holdings, Inc. |
| 10 | | |
| 11 | DATED:  March 2, 2017 | DOWNEY BRAND LLP |
| 12 | | |
| 13 | | By:/s/_____<br>Thomas E. Marrs |
| 14 | | Attorneys for Plaintiff Curt Acquisition Holdings, Inc. |
| 15 | | |
| 16 | DATED:  February 27, 2017 | MILLSTONE PETERSON & WATTS, LLP |
| 17 | | |
| 18 | | By:/s/_____<br>GLENN W. PETERSON |
| 19 | | Attorneys for Defendant<br>Mark A. Montez |

DOWNEY BRAND LLP

**JUDGMENT ON STIPULATION**

Based on the Parties' Stipulation, and good cause being shown, IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in LTE's favor, and against Diesel Pros, with each of the Parties to bear their own attorneys' fees and costs, except for any fees and costs incurred in enforcing this judgment, which may be determined at a later date.

For purposes of this judgment, "Diesel Pros" means and includes Mark A. Montez and any business or entity wholly or partially owned or controlled by Mark A. Montez or employing Mark A. Montez in any manner, including but not limited to Diesel Pros Truck & Trailer Parts.

Judgment is in the form of a permanent injunction: (a) prohibiting Diesel Pros from importing, offering for sale, selling, advertising, marketing, or distributing the Accused Product or any other grille guard that is substantially or confusingly similar in appearance to the TUFF GUARD product; (b) prohibiting Diesel Pros from using or otherwise exploiting LTE's "TUFF GUARD" trademark or any other mark that is confusingly similar to the "TUFF GUARD" mark; and (c) prohibiting Diesel Pros from using or exploiting any photographs or other depictions of the TUFF GUARD product or any photographs owned by LTE or appearing on LTE's web site.

This permanent injunction becomes effective on April 1, 2017.

All existing dates and deadlines in this matter are hereby vacated.

The Court retains jurisdiction to resolve any disputes that may arise relating to this judgment.

**IT IS SO ORDERED, ADJUDGED, AND DECREED**

DATED:  March 3, 2017

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE